THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAZARIO HERNANDEZ, | CASE NO. C19-0207-JCC |
| Appellant, | BANKRUPTCY CASE NO. 19-S003 |
| v. | MINUTE ORDER |
| FRANKLIN CREDIT MANAGEMENT CORP and DEUTSCHE BANK NATIONAL COMPANY AS TRUSTEE FOR BOSCO CREDIT II TRUST SERIES 2010-1, | |
| Appellees. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for relief from deadline to file designation of record and issues on appeal (Dkt. No. 2). Finding good cause, the motion is GRANTED. The deadline for Appellant to file the designation of record and issues on appeal under the Federal Rules of Bankruptcy Procedure is extended by one day to February 26, 2019.

//
//
//

MINUTE ORDER
C19-0207-JCC
PAGE - 1

1       DATED this 28th day of February 2019.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk

MINUTE ORDER
C19-0207-JCC
PAGE - 2