THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAZARIO HERNANDEZ, | CASE NO. C19-0207-JCC |
| Appellant, | BANKRUPTCY CASE NO. 19-S003 |
| v. | MINUTE ORDER |
| FRANKLIN CREDIT MANAGEMENT CORP and DEUTSCHE BANK NATIONAL COMPANY AS TRUSTEE FOR BOSCO CREDIT II TRUST SERIES 2010-1, | |
| Appellees. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Appellee's motion for extension of time to file a response brief (Dkt. No. 8). Finding good cause, the motion is GRANTED. *See* Fed. R. Bankr. P. 8013(b), 9006(b). Appellees shall file their response brief no later than July 5, 2019. Appellant shall file his optional reply brief no later than July 19, 2019. The Clerk is DIRECTED to re-note Appellant's bankruptcy appeal for July 19, 2019.

//
//
//

MINUTE ORDER
C19-0207-JCC
PAGE - 1

1       DATED this 6th day of June 2019.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk

MINUTE ORDER  
C19-0207-JCC  
PAGE - 2