THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAZARIO HERNANDEZ,<br><br>　　　　　Appellant,<br>　v.<br><br>FRANKLIN CREDIT MANAGEMENT CORP and DEUTSCHE BANK NATIONAL COMPANY AS TRUSTEE FOR BOSCO CREDIT II TRUST SERIES 2010-1,<br><br>　　　　　Appellees. | CASE NO. C19-0207-JCC<br><br>BANKRUPTCY CASE NO. 19-S003<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for extension of time to file a reply brief (Dkt. No. 11). Finding good cause, the motion is GRANTED. Appellant shall file his reply brief no later than August 2, 2019. The Clerk is DIRECTED to re-note Appellant's bankruptcy appeal for August 2, 2019.

DATED this 18th day of July 2019.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C19-0207-JCC
PAGE - 1