The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NAZARIO HERNANDEZ,<br>　　　　　Appellant,<br>　　　v.<br>FRANKLIN CREDIT MANAGEMENT CORP and DEUTSCHE BANK NATIONAL COMPANY AS TRUSTEE FOR BOSCO CREDIT II TRUST SERIES 2010-1,<br><br>　　　　　Appellees. | Dist. Ct. No: 2:19-cv-00207-JCC<br><br>Internal Bankruptcy No. 19-S003<br><br>Related Case:  No.: 18-01159-TWD<br><br>Chapter: 13<br><br>REPLY IN SUPPORT OF MOTION FOR APPELLANT'S ATTORNEY FEES<br><br>Noted on Motion Calendar for:<br><br>September 13, 2019 |

Appellees have objected to Appellant Nazario Hernandez's motion to this court for attorney fees on the basis that this Court is unable to award attorney fees and costs, arguing that the Bankruptcy court is the proper place for such a motion to be decided.  Appellant will address this argument, but first it should be noted that Appellees have not objected to either the hourly

REPLY IN SUPPORT OF MOTION FOR APPELLANT'S ATTORNEY FEES- 1

1

Henry & DeGraaff, P.S.
787 Maynard Ave S
Seattle, Washington 98104
telephone (206) 330-0595
fax (206) 400-7609

1  rate or the itemization of time in the Motion for Fees, and they should therefore be found to have
2  waived any objection to reasonableness of those fees.

3  Federal Rule of Bankruptcy Procedure 7054 specifically states that Federal Rule of Civil
4  Procedure 54(d)(2)(A)-(C) and (E) apply in adversary proceedings (except for the reference to
5  rule FRCP 78), meaning FRCP 54(d)(2) as cited by Appellant is applicable to this motion for
6  fees.  Appellees argue that Hernandez is only entitled to costs under FRBP 8021, but this would
7  subsume FRBP 7054 as it specifically adopts FRCP 54's broader award of attorney fees (when
8  supported by other law) in the context of an adversary proceeding (which is the procedural
9  standing of this case).  At best, FRBP 8021 means that only the bankruptcy court can award the
10 enumerated costs in FRBP 8021(c), which in this case would include the charge for the
11 transcript.  Also, Local Civil Rule for the Western District of Washington 54(d)(5) states that "A
12 motion for attorney's fees should not be included in the motion for costs to the clerk but should
13 be directed to the court pursuant to Fed. R. Civ. P. 54(d), which sets forth requirements for the
14 timing and contents of the motion.

15 Confusingly, Appellees claim that Appellant has cited to a case which it did not mention:
16 *Stevens v. Security Pacific Corp.,* 53 Wash App 507 (1989).  Appellees appear to be citing this
17 case because it analyzes an attorney fee clause similar to the one at issue here.  However, Exhibit
18 2 to the Declaration of Jacob DeGraaff, filed with the motion for fees, contains the full note and
19 deed of trust.  The note and deed of trust contain several other attorney fee provisions, including
20 paragraph 7 of the Deed of Trust (page 25 of Decl. of DeGraaff) which states: "If Borrower fails
21 to perform the covenants and agreements contained in this Deed of Trust, or if any action or
22 proceeding is commenced which materially affects Lender's interest in the Property, then
23 Lender, at lender's option, upon notice to Borrower, may make such appearances, disburse such
24

REPLY IN SUPPORT OF MOTION FOR
APPELLANT'S ATTORNEY FEES- 2

2

**Henry & DeGraaff, P.S.**
787 Maynard Ave S
Seattle, Washington  98104
telephone (206) 330-0595
fax (206) 400-7609

sums, including reasonably attorneys' fees, and take such action as is necessary to protect lender's interest. . . . Any amounts disbursed by lender pursuant to this paragraph 7, with interest thereon, at the Note rate, shall become additional indebtedness of Borrower secured by this Deed of Trust."  In other words, under the Deed of Trust, Borrower is plainly liable for Lender's attorneys' fees incurred in enforcing and protecting its interests.  RCW 4.84.330 makes this attorneys' fees provision reciprocal. It would make a mockery of Washington's reciprocal attorney fee statute to require, as Appellees seem to suggest, that in order for the borrower to recover attorney fees, the lender must first have demanded attorney fees.

Contrary to Appellees' assertion, this Court, the United States District Court for the Western District of Washington, has the authority and jurisdiction to award fees on appeals that come before it.  If it didn't, the District Court would be unable to award fees for a frivolous appeal under FRAP 38.  See *In re Del Mission Ltd.,* 98 F.3d 1147, 1153 (9th Cir. 1996) ("We agreed with the BAP's holding that Rule 38 empowers *only appellate courts, not bankruptcy courts* to award damages, attorney's fees, and other expenses incurred by an appellee in response to a frivolous appeal . . . . [m]oreover, . . . an appellate court does not have the authority to delegate this power to a bankruptcy court." (Internal citations omitted.)) If, as Appellee's propose, FRBP 8021 were the only means by which Appellant could recover costs, FRAP would be rendered inapplicable to bankruptcy appeals.

Appellees have not challenged the rate or hours billed in the motion for fees. Instead, they have asserted that this court is not the proper court to decide the matter of fees. *Penrod* and RCW 4.84.330 make clear that the attorney fees provision at issue is reciprocal, and that the present appellate fees are taxable to the Appellees in this court.  Appellant respectfully requests

REPLY IN SUPPORT OF MOTION FOR APPELLANT'S ATTORNEY FEES- 3

3

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WASHINGTON  98104
telephone (206) 330-0595
fax (206) 400-7609

1  this court enter an order taxing his fees and costs to Appellees, or in the alternative, that the

2  matter be remanded to the Bankruptcy Court for entry of such an order.

3  Respectfully submitted this 13th day of September, 2019.

4
5  /s/ Jacob D. DeGraaff_____
   Jacob D. DeGraaff, WSBA #36713
   HENRY & DEGRAAFF, P.S.
6  787 Maynard Ave S.
   Seattle, WA 98105
7  T: 206-330-0595/ F: 206-400-7609
   jacobd@hdm-legal.com
8  Attorney for Appellant Nazario Hernandez

REPLY IN SUPPORT OF MOTION FOR
APPELLANT'S ATTORNEY FEES- 4

4

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WASHINGTON  98104
telephone (206) 330-0595
fax (206) 400-7609