UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: NAZARIO HERNANDEZ,<br><br>           Debtor,<br>_____<br><br>NAZARIO HERNANDEZ,<br><br>           Plaintiff-Appellee,<br><br>v.<br><br>FRANKLIN CREDIT MANAGEMENT CORPORATION; DEUTSCHE BANK NATIONAL COMPANY, as Trustee for BOSCO Credit II Trust Series 2010-1,<br><br>           Defendants-Appellants. | No.   19-35719<br><br>D.C. No. 2:19-cv-00207-JCC<br>Western District of Washington, Seattle<br><br>ORDER |

The Court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Therefore, this matter is ordered submitted on the briefs and record without oral argument on Monday, August 31, 2020.  Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7