FILED

NOV 3 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In re: NAZARIO HERNANDEZ,

    Debtor,

_____

NAZARIO HERNANDEZ,

    Plaintiff-Appellee,

v.

FRANKLIN CREDIT MANAGEMENT CORPORATION; DEUTSCHE BANK NATIONAL COMPANY, as Trustee for BOSCO Credit II Trust Series 2010-1,

    Defendants-Appellants.

No.   19-35719

D.C. No. 2:19-cv-00207-JCC
Western District of Washington, Seattle

ORDER

Before: HAWKINS and McKEOWN, Circuit Judges, and KENDALL,[*] District Judge.

Appellee's application for an award of attorneys' fees [Dkt. Entry No. 54] in the amount of $24,142.50 is GRANTED.

---

[*] The Honorable Virginia M. Kendall, United States District Judge for the Northern District of Illinois, sitting by designation.